IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:25CR3070** |
| vs. | |
| KALAM K. YIEL, | **FINAL ORDER OF FORFEITURE** |
| Defendant. | |

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. (Filing No. 41). Having reviewed the record in this case, the Court finds as follows:

1.      On January 20, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in a black Walther PPX 9mm handgun, a magazine for that firearm, and 9mm ammunition. (Filing No. 30).

2.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on January 23, 2026, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on March 26, 2026. (Filing No. 40).

3.      The United States advises the Court that no party has filed a petition regarding the subject Property.  From a review of the Court file, the Court finds that no person or entity has filed a petition.

4.      The Motion for Final Order of Forfeiture should be granted.

**IT IS ORDERED:**

1.      The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 41) is granted;

2.      All right, title and interest in and to the black Walther PPX 9mm handgun, a magazine for that firearm, and 9mm ammunition which was seized from the Defendant on or about August 9, 2025, held by any person or entity are forever

barred and foreclosed;

3.      The black Walther PPX 9mm handgun, a magazine for that firearm, and 9mm ammunition are forfeited to the Government; and

4.      The Government is directed to dispose of the property in accordance with the law.

Dated this 27th day of March, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge

2